954

NOVEMBER 7, 1991

No. 90–1156.  NEW ORLEANS PUBLIC SERVICE INC. *v.* COUNCIL OF THE CITY OF NEW ORLEANS ET AL.  C. A. 5th Cir.  [Certiorari granted, 499 U. S. 974.]  Writ of certiorari dismissed under this Court's Rule 46.

NOVEMBER 11, 1991

No. 91–6337 (A–335).  GREEN *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution of sentence of death.